COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS


SPECIALTY TIRES OF AMERICA,
INC.,


 Appellant,


v.


ELIO VIRAMONTES,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00152-CV



Appeal from the


346th District Court


of El Paso County, Texas


(TC# 2005-1364)


MEMORANDUM OPINION


 Pending before the Court is a joint motion to set aside the trial court's judgment and remand
for entry of an agreed judgment pursuant to Tex. R. App. P. 42.1(a)(2). The motion is granted. We
therefore set aside the trial court's judgment without regard to the merits and remand the cause to
the trial court for rendition of judgment in accordance with the parties' agreement. We further order
costs be assessed against the party incurring same.


 GUADALUPE RIVERA, Justice


October 7, 2009


Before Chew, C.J., McClure, and Rivera, JJ.